# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD SATISH EMRIT,

    Plaintiff,

    v.

WINTER MUSIC CONFERENCE, *et al.*,

    Defendants.

CASE NO.: 2:15-CV-00164-RCJ-PAL

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#32[1]) entered on April 7, 2015, recommending that Plaintiff's Motion in Limine (ECF #31) be denied as premature and Plaintiff's Complaint be dismissed for failure to perfect service of process, failure to prosecute, and failure to comply with multiple orders of this Court. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#35) on April 15, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#32) entered on April 7, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion in Limine (ECF #31) is DENIED as PREMATURE.

IT IS FURTHER ORDERED that the Complaint is DISMISSED for failure to perfect service of process, failure to prosecute, and failure to comply with multiple orders of this Court.

The Clerk of the Court shall close the case.

IT IS SO ORDERED this 21st day of April, 2015.

                                                _____
                                                ROBERT C. JONES

---

[1] Refers to court's docket number.